UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    Case No.: 17-15714-LMI
                                                                                          Chapter 13
VONETTA ERICA JOHNSON,

    Debtor
_____/

**WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 BY FAY SERVICING LLC, THE SERVICING AGENT'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE *NUNC PRO TUNC* TO MAY 5, 2017**

    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 by Fay Servicing LLC, the servicing agent (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Vonetta Erica Johnson (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) *Nunc Pro Tunc* to May 5, 2017, and in support thereof, states as follows:

    1.    <u>Debtor's Bankruptcy Case</u>.  On May 5, 2017, the Debtor filed the above-captioned Chapter 13 bankruptcy case.

    2.    <u>Jurisdiction</u>.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

    3.    <u>Collateral</u>.  Secured Creditor is entitled to enforce the note and mortgage, which are secured by the real property (the "Property") located at 15945 NW 20th Avenue, Opa Locka, Florida 33054, and further described as follows:

```
Lot 22, Block 26, BUNCHE PARK, according to the map or plat thereof as recorded
in Plat Book 50, Page 20, Public Records of Miami-Dade County, Florida.
```

    4.    <u>Secured Creditor's Claim</u>. Secured Creditor is owed an outstanding principal balance of $85,194.41, plus applicable interest, penalties, fees and costs.

    5.    <u>Foreclosure Proceedings</u>. As a result of the Debtor's failure to make the monthly

payments due under the note and mortgage, Secured Creditor commenced a foreclosure action against the Virginia Johnson in the case captioned <u>U.S. Bank Trust, N.A., as Trustee for VOLT 2012-NPL1 Asset Holding Trust vs. Virginia Johnson et al.</u>, Case No. 2013-36076-CA-01, in the 11th Judicial Circuit, in and for Miami-Dade County, Florida.  On April 25, 2014, a Consent Final Judgment of foreclosure was entered in the amount of $182,874.39. A copy of the Consent Final Judgment is attached hereto as **<u>Exhibit A</u>**.  A copy of the Assignment of Mortgage is attached as **<u>Exhibit B</u>**. A copy of the Power of Attorney is attached as **<u>Exhibit C</u>**.

6. <u>Foreclosure.</u>   The foreclosure sale was scheduled for May 8, 2017. A copy of the foreclosure docket is attached hereto as **<u>Exhibit D</u>**. Due to circumstances beyond Secured Creditor's control, the sale moved forward as scheduled. Secured Creditor is seeking a relief order *Nunc Pro Tunc* to May 5, 2017 in order for the sale to be valid.  The Debtor did not file a Suggestion of Bankruptcy in the foreclosure case.  The property was sold to a third party. Furthermore, the motion should be granted *nunc pro tunc* for judicial economy in order to save the State Court and the Secured Creditor time, money and resources associated with the resetting of a foreclosure sale.

7. <u>Bankruptcy</u>.  The Debtor did not file the required documentation and there is a Notice of Incomplete Filings Due (Doc. No. 6) with a due date of May 19, 2017.  In addition, the Debtor filed a Motion to Waive Requirement of Credit Counseling (Doc. No. 7).

8. <u>Relief Requested</u>.  Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) *Nunc Pro Tunc* to May 5, 2017 to permit Secured Creditor to enforce all of its <u>in</u> <u>rem</u> remedies against the Property pursuant to the note and mortgage.  The requested relief should be granted for the following reasons:

- The Debtor does not have equity in the Property, as evidenced by the County Property Appraiser, which lists the value of the Property at $127,580.00. This amount is less than the outstanding amount due to Secured Creditor pursuant to the Final Judgment.  A copy of the valuation is attached hereto as **<u>Exhibit E</u>**;
- The Property has not been claimed exempt by the Debtor.  As of

May 15, 2017, the Debtor has not filed a Schedule C;

- The Debtor has failed to file a Chapter 13 Plan or Schedules;
- Interest continues to accrue; and
- Property taxes continue to accrue.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper.

McCALLA RAYMER LEIBERT PIERCE, LLC

By: */s/ Ashley Prager Popowitz*
Ashley Prager Popowitz
Florida Bar No. 72341
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 754.263.1065
Fax: 754.263.1065
Email: ashley.popowitz@mccalla.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on ___6/6/17___, a true and correct copy of the foregoing was served by U.S. Mail to Vonetta Erica Johnson, 15945 NW 20th Ave, Miami Gardens, FL 33054; and those parties receiving CM/ECF service.

- Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

By: */s/ Ashley Prager Popowitz*
Ashley Prager Popowitz