# Exhibit A

FJUD5TEXT    $182,874.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

U.S. BANK TRUST, N.A., AS TRUSTEE FOR
VOLT 2012-NPL1 ASSET HOLDING TRUST,

    Plaintiff,

vs.

VIRGINIA JOHNSON; UNKNOWN PARTIES IN
POSSESSION #1,

    Defendant.
_____/

Case No. 2013-36076-CA-01

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER    3
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S), THIS CASE IS CLOSED
AS TO ALL PARTIES.
Judge's Initials _____

## CONSENT FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the court on April 25th, 2014. On the evidence presented at Trial, Final Judgment is entered in favor of Plaintiff against all Defendants listed by name: VIRGINIA P. JOHNSON, 15945 NW 20TH AVE, OPA LOCKA, FL 33054; UNKNOWN PARTIES IN POSSESSION #1, 15945 NW 20TH AVE, OPA LOCKA, FL 33054.

It is ORDERED and ADJUDGED that:

1. Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT 2012-NPL1 ASSET HOLDING TRUST, is due:

| | |
|---|---|
| Principal: | $85,194.41 |
| Interest: | $9,254.22 |
| Insurance: 2009: $3,114.18; 2012: $5,909.87; 2013: $2,434.11 | $11,458.16 |
| Taxes: 2012: $1,607.38; 2013: $1,469.61 | $3,076.99 |
| Defer Principle: | $38,241.97 |
| Defer Mod Int: | $28,747.16 |
| Defer Paid Exp: | $2,289.58 |
| Defer Fees: | $397.50 |
| FCL APPRAISAL OR BPO: | $102.00 |
| Late Charge: | $312.40 |
| Subtotal: | $179,074.39 |

U.S. BANK vs. VIRGINIA JOHNSON; Case # 2013-36076-CA-01     1

| Attorney's Fees: | |
| --- | --- |
| Contractual Flat Fee: $2,050.00 | |
| Hourly Contested Rate: $175.00 / hour for 10 hours: $1,750.00 | |
| (The Flat rate Foreclosure Attorney's Fee is a flat rate fee that the firm's client has agreed to pay in this matter in additional to __10__ hours at a rate of $175.00 per hour for litigation services rendered. Given the amount of the fees requested and the labor expended, the Court finds that a lodestar analysis is not necessary and that the fees are Reasonable.) | |
| Attorney's Fees Total: | $3,800.00 |
| **TOTAL:** | **$182,874.39** |

2.   **Interest.** The grand total amount referenced in paragraph 1, shall bear interest at the rate of 4.75% for the second quarter of 2014, and shall thereafter adjust quarterly for future years pursuant to Section 55.03, Florida Statutes.

3.   **Lien on Property.** Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT 2012-NPL1 ASSET HOLDING TRUST, whose address is 55 East 5th Street, Suite 800, St. Paul, MN 55101, holds a lien for the total Sum superior to all claims or estates of defendant(s) on the following described property in Broward County, Florida:

**15945 NW 20th Avenue, Opa Locka, FL 33054**

**LOT 22, BLOCK 26, BUNCHE PARK, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 50, PAGE 20, PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

4.   **Sale of Property.** If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on _____, 2014, at 9:00 A.M. to the highest bidder for cash, except as prescribed in Paragraph 6, at Room 908, 140 West Flagler Street, Miami, Florida after having first given notice as required by Section 45.031, Florida Statutes, using the following method (CHECK ONE):

[X]   By electronic sale beginning at 9:00 a.m. on the prescribed date at: WWW.MIAMIDADE.REALFORECLOSE.COM.

5.   **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff in not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

6.   **Distribution of Proceeds.** On filing the certificate of title the clerk shall

U.S. BANK vs. VIRGINIA JOHNSON; Case # 2013-36076-CA-01                                2

distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

7. **Right of Possession.** On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property, subject to the provisions of the "Protecting Tenants at Foreclosure Act of 2009."

8. **Jurisdiction.** The Court retains Jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession. Plaintiff has voluntarily agreed to waive any entitlement to pursue deficiency judgment against VIRGINIA JOHNSON.

9. The Court find, based on upon the affidavits presented and upon inquiry of counsel for the Plaintiff, that __10__ hours of litigation services in addition to a flat rate foreclosure fee of _$2,050.00_ were reasonable expended by Plaintiff's counsel and that an hourly rate of $175.00 per hour for litigation services is appropriate. The Court finds that there are no reasons for either reduction or enhancement pursuant to Florida Patients' Compensation Funds v. Rowe, 472 So.2d 1145 (Fla. 1985), and the Court therefore has awarded reasonable attorney's fees of __$3,800.00__.

10. In the event the instant case is dismissed by the Plaintiff, the Clerk of Court is hereby directed to release any original loan documents filed with the Court to counsel of record for plaintiff.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 140 WEST FLAGLER STREET, ROOM 908, MIAMI, FLORIDA (TELEPHONE: (305) 375-5943), WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

U.S. BANK vs. VIRGINIA JOHNSON; Case # 2013-36076-CA-01    3

Bk 29126 Pg 4395 CFN 20140302330 04/28/2014 10:33:08 Pg 3 of 5 Mia-Dade Cty, FL

https://www2.miami-dadeclerk.com/Public-Records/PrintDocument.aspx?QS=YaoUfOzx...    11/23/2016

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LEGAL AID SOCIETY AT THE DADE COUNTY BAR ASSOCIATION, 123 N.W. FIRST AVENUE, SUITE 214, MIAMI, FLORIDA, (TELEPHONE: (305) 579-5733), TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE DADE COUNTY BAR ASSOCIATION LEGAL AID SOCIETY, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

ORDERED at _____ Florida, on \_\_ day of _____, 20\_\_\_.

APR 2 5 2014

MARVIN H. GILLMAN
SENIOR JUDGE

Circuit Judge

U.S. BANK vs. VIRGINIA JOHNSON; Case # 2013-36076-CA-01　　　　　　　　4

Bk 29126 Pg 4396 CFN 20140302330 04/28/2014 10:33:08 Pg 4 of 5 Mia-Dade Cty, FL

## SERVICE LIST
Court Case #: 2013-36076-CA-01

Copies furnished to:

CONNOLLY, GEANEY, ABLITT & WILLARD, PC.
THE BLACKSTONE BUILDING
100 SOUTH DIXIE HIGHWAY, SUITE 200
WEST PALM BEACH, FL 33401

VIRGINIA P. JOHNSON
15945 NW 20TH AVE
OPA LOCKA, FL 33054

UNKNOWN PARTIES IN POSSESSION #1
N/K/A VONETTA JOHNSON
15945 NW 20TH AVE
OPA LOCKA, FL 33054

COPY HAND DELIVERED
TO PLF'S ATTY
IN LIEU OF MAILING

U.S. BANK vs. VIRGINIA JOHNSON; Case # 2013-36076-CA-01                    5

Bk 29126 Pg 4397 CFN 20140302330 04/28/2014 10:33:08 Pg 5 of 5 Mia-Dade Cty, FL

# Exhibit B

Orion Financial Group, Inc
2860 Exchange Blvd., Suite 100
Southlake, TX 76092

TO:

Space Above This Line For Recorder's Use

Prepared By: Stephanie Burdick
MERS Min:

Control Number
Caliber Document ID#

Parcel ID: 3721150036760

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned **U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT 2012-NPL1 ASSET HOLDINGS TRUST** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134**, hereby grants, assigns and transfers to ✱_____ whose address is ✱✱_____ all beneficial interest under that certain Deed of Trust dated **04/18/2007** executed by **VIRGINIA P JOHNSON, A SINGLE WOMAN** to **METROPOLITAN HOME LOANS, INC.** in the amount of **$125,000.00** and recorded on **5/10/2007** as Instrument # **2007R0472217**, in Book/Volume or Liber No. **25606**, Page/folio **2484** of Official Records in the County Recorder's office of **MIAMI DADE** County, **FL**, describing land herein as: 'SEE ATTACHED 'EXHIBIT A'. ✱✱

✱ WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2

C/O MFRESIDENTIAL ASSETS I, LLC
350 PARK AVENUE, 20TH FLOOR, NEW YORK, NY 10022

✱✱✱ AVENUE

Property Address:    15945 NW 20TH, OPA LOCKA FL 33054-2031

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated this 29th day of June of 2015

*Amber Marcha*
Witness #1   Amber Marcha

*Stephanie Burdick*
Witness #2   Stephanie Burdick

County of Oklahoma )
State of Oklahoma )

U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT 2012-NPL1 ASSET HOLDINGS TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT

By: _____ Mindi Hernandez
Title:    Authorized Signatory

On **June 29, 2015** before me, **Dannielle Ewald**, a Notary Public in and for Oklahoma County, in the State of Oklahoma, personally appeared, **Mindi Hernandez, Authorized Signatory** of Caliber Home Loans, Inc. & personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand official seal,

*Dannielle Ewald*
Notary Name:   Dannielle Ewald

[Notary Seal: DANNIELLE EWALD, #11000171, EXP. 01/07/19, STATE OF OKLAHOMA, NOTARY PUBLIC]

My Commission Expires:   1/7/2019

Orion Financial Group Inc.

JOHNSON, VIRGINIA                    *16044793*
MFA/BAR/AOM/OPD
WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS

EXHIBIT A

LOT 22, BLOCK 26, BUNCHE PARK, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 50, PAGE 20, PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

KEN BURKE, CLERK OF COURT
AND COMPTROLLER PINELLAS COUNTY, FL
INST# 2016087819 03/24/2016 at 03:48 PM
OFF REC BK: 19129 PG: 1793-1795
DocType:PA RECORDING: $27.00

# Exhibit C

*(Space above reserved for Recorder of Deeds certification)*

## Limited Power of Attorney

Ventures Trust 2013-II, by and through Wilmington Saving Fund Society, FSB, doing business as Christiana trust

To

Fay Servicing, LLC

Return to:
Vantage Point Title
Attention: Default Services
25400 US 19 North, Suite 135
Clearwater, FL 33763

Prepared by:
Jeffrey R. Everhart
c/o Fay Servicing, LLC
440 South LaSalle Street, Suite 2000
Chicago, IL 60605

Document drafted by and
RECORDING REQUESTED BY:

_____
_____
_____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### (i) LIMITED POWER OF ATTORNEY

**Ventures Trust 2013-II (the "Trust"),** by and through **Wilmington Savings Fund Society, FSB, doing business as Christiana Trust** and having an office at 500 Delaware Avenue, 11th Floor, Wilmington, Delaware 19801 not in its individual capacity but solely as Trustee ("Trustee") for the **Ventures Trust 2013-II** ,hereby constitutes and appoints Fay Servicing, LLC, ("Servicer"), and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Servicer, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (5) below; provided however, that the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the servicing agreement between the Trust and Servicer dated May 2, 2013 (the "Servicing Agreement"), and the Master Trust Agreement, dated as of April 24, 2013 (the "Master Trust Agreement"), among OHA Newbury Ventures, LLC, the Trustee, and Wells Fargo Bank, N.A. as Master Servicer , and no power is granted hereunder to take any action that would be adverse to the interests of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust. This Limited Power of Attorney is being issued in connection with Servicer's responsibilities to service certain mortgage loans (the "Mortgage Loans") and related Properties (as defined below) held by Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, as Trustee. These Loans are secured by collateral comprised of Mortgages, deeds of trust and other forms of security instruments (collectively the "Security Instruments") encumbering any and all real and personal property delineated therein (the "Property") and the Notes secured thereby.

1. Execute on behalf of Trustee any documents or instruments necessary to collect payments against, to liquidate or cancel any mortgage subject to the Servicing Agreement in accordance with such Servicing Agreement, and to otherwise manage and service the Mortgage Loans and properties in accordance with the Servicing Agreement.

2. Execute on behalf of Trustee any assignments, documents or instruments necessary to assign, convey, or otherwise transfer its interest in the Mortgage Loans as per the Servicing Agreement.

3. Execute documents on behalf of Trustee in connection with any bankruptcy or receivership of a mortgagor whose Mortgage Loan is subject to the Servicing Agreement.

4. Execute on behalf of Trustee any documents necessary to carry out foreclosure of any mortgaged property securing a Mortgage Loan subject to the Servicing Agreement.

This limited power of attorney is not intended to extend the powers granted to Servicer under the Servicing Agreement or to allow Fay to take any action with respect to a Mortgage Loan not authorized by the Servicing Agreement. Nothing contained herein shall (i) limit in any manner any indemnification provided by

the Servicer to the Trustee under the Master Trust Agreement or the Servicing Agreement, or (ii) be construed to grant the Servicer the power to initiate or defend any suit, litigation or proceeding in the name of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust in its individual capacity. If the Servicer receives any notice of suit, litigation or proceeding in the name of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust in its individual capacity, then the Servicer shall promptly forward a copy of same to Wilmington Savings Fund Society, FSB, doing business as Christiana Trust.

The Servicer hereby agrees to indemnify and hold Wilmington Savings Fund Society, FSB, doing business as Christiana Trust and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Servicer of the powers granted to it hereunder. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the Agreements or the earlier resignation or removal of the Trustee under the Agreements.

**Witness** my hand and seal this 17th day of July, 2015.

**NO CORPORATE SEAL**

On Behalf of the Trust, by Wilmington Savings Fund Society, FSB, doing business as Christiana Trust solely as Trustee for Ventures Trust 2013-II

Witness: Karen Huffman

By: _____
Name: Jeffrey R. Everhart
Title: Assistant Vice President

Witness: Ruth Bradley

Attest: Cedric L. Strother

### CORPORATE ACKNOWLEDGMENT

State of Delaware

County of New Castle

On this 17th day of July, 2015, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Jeffrey R. Everhart, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Assistant Vice President of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, and acknowledged to me that such national banking association executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: _____
Yulia Davydovitch

My commission expires: Apr 24, 2016

Exhibit D

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

### U S BANK TRUST N A VS JOHNSON, VIRGINIA P

**Local Case Number:** 2013-036076-CA-01

**Filing Date:** 11/19/2013

**State Case Number:** 132013CA036076000001

**Case Type:** RPMF -Homestead ($50,001 - $249,999)

**Consolidated Case No.:** N/A

**Judicial Section:** CA20

**Case Status:** CLOSED

### 👥 Parties

Number of Parties: 3

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Defendant | Johnson, Virginia P | | |

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | U S Bank Trust N A | B#: (Bar Number)33487 N: (Attorney Name)Jagendorf, Ian David | B#: (Bar Number)1423 N: (Attorney Name)Cohen, Menina Enid |
| Third Party Bidder | DAGUER, CAMILO | | |

## ⚖ Hearing Details

**Number of Hearing: 2**

| Hearing Date | Hearing Time | Hearing Code | Description |
|---|---|---|---|
| 05/08/2017 | 9:00AM | SALE | Mortgage Foreclosure Sale |
| 01/31/2017 | 9:15AM | 5MIN | 5 Minute Motion Calendar |

## 🔊 Dockets

**Dockets Retrieved: 56**

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 28 | 05/09/2017 | | Mortgage Foreclosure Deposit | Event | **13/OB/87858/ADDL FEES** |
| | 27 | 05/09/2017 | | Mortgage Foreclosure Deposit | Event | **13/OB/87858/BIDS** |
| | 26 | 05/09/2017 | | Bid Amount | Event | **OB/87858/BIDS** |
| 📄 | 25 | 05/08/2017 | | Certificate of Mailing | Event | |
| | | 05/08/2017 | | Mortgage Foreclosure Sale | Hearing | |
| 📄 | 24 | 05/05/2017 | | Order: | Event | **DENIED. DEFENDANT'S MOTION TO CANCEL FORECLOSURE SALE** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 23 | 05/04/2017 | | Assignment of Bid | Event | |
| 📄 | 22 | 05/02/2017 | | Motion: | Event | **TO CANCEL FORECLOSURE SALE** |
| 📄 | 20 | 05/02/2017 | | Notice of Hearing- | Event | **05/05/2017 AT 8:15AM** |
| 📄 | 21 | 05/01/2017 | | Mortgage Foreclosure Publication Fee | Event | **FOR SALE OF 5/8/17** |
| 📄 | 19 | 04/12/2017 | | Notice of Sale | Event | **ON 05/08/2017** |
| 📄 | 18 | 03/08/2017 | | Certificate of Mailing | Event | **(PN'S) *COPY OF ORDER CANCELLING 3/7/17 FRCL SALE** |
| 📄 | 14 | 03/07/2017 | | Order to Cancel Sale Date | Event | **SALE DATE: 03/07/2017 AND RESET SALE DATE TO 5/8/17** |
| | 13 | 03/07/2017 | | No Further Judicial Action | Event | |
| 📄 | 17 | 03/06/2017 | | Notice of Hearing- | Event | **3/7/2017 AT 8:15AM** |
| 📄 | 16 | 03/06/2017 | | Assignment of Bid | Event | |
| 📄 | 15 | 03/06/2017 | | Motion: | Event | **FOR CANCEL SALE** |
| 📄 | 12 | 03/02/2017 | | Mortgage Foreclosure Publication Fee | Event | **FOR SALE OF 3/7/17** |
| 📄 | 11 | 02/28/2017 | | Motion: | Event | **TO STOP SALE** |
| 📄 | 10 | 02/28/2017 | | Notice of Hearing- | Event | **3/6/17 8:15 AM** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 9 | 02/15/2017 | | Notice of Sale | Event | **03-07-2016** |
| 📄 | 8 | 02/06/2017 | | Order for Substitution of Counsel | Event | **, SUBSTITUTING PARTY PLAINTIFF AND RESCHEDULING FORECLOSURE SALE TO MARCH 7, 2017.** *Parties: Johnson Virginia P* |
| 📄 | 7 | 02/02/2017 | | Certificate of Mailing | Event | ***COPY OF ORDER SUBSTITUTING CNSL, SUBSTITUTING PRTY PN AND, RESCHEDULING FRCL SALE** |
| | | 01/31/2017 | | 5 Minute Motion Calendar | Hearing | |
| 📄 | 6 | 01/11/2017 | | Notice of Hearing- | Event | **01/31/2017** |
| | 4 | 12/27/2016 | | Receipt: | Event | **RECEIPT#:2150005 AMT PAID:$50.00 NAME:VAN NESS, JOHN ANTHONY, ESQ 1239 E NEWPORT CENTER DR STE 110 DEERFIELD BEACH FL 33442-7711 ALLOCATION CODE QUANTITY UNIT AMOUNT 3117-REOPEN CASE FEE 1 $50.00 $50.00 TENDER TYPE:E-FILING ACH TE** |
| 📄 | 5 | 12/21/2016 | | Notice of Hearing- | Event | **01/10/2017** |
| 📄 | 3 | 12/20/2016 | | Motion for Substitution of Counsel | Event | |
| 📄 | 2 | 11/18/2016 | | Notice of Appearance | Event | *Parties: U S Bank Trust N A* |
| 📄 | 1 | 11/18/2016 | | Email Notice: | Event | **EMAIL ADDRESS:** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 📄 | 07/29/2014 | | Certificate of Incomplete Sale | Event | |
| 📄 | 07/17/2014 | | Mortgage Foreclosure Publication Fee | Event | **195.00 SALE DATE OF 07/24/2014** |
| 📄 | 06/26/2014 | | Notice of Sale | Event | |
| | 04/25/2014 | | Final Judgment by Non Jury Trial | Judgment | **N $ 182874.39 BK:29126 PG:4393 CONSENT** |
| 📄 | 04/25/2014 | | Filing Note and Mortgage | Event | **ORIGINALS** |
| | 04/25/2014 | | Mortgage Foreclosure Sale Date | Event | **MTGE FORECLSU 07/24/2014 09:00 AM** |
| | 04/25/2014 | | Closing Judge Name | Event | **GILLMAN, MARVIN H** |
| 📄 | 04/25/2014 | 29126:4393 | Final Judgment | Event | **N $ 182874.39 BK:29126 PG:4393 CONSENT** *Parties: Johnson Virginia P* |
| 📄 | 04/25/2014 | | Notice: | Event | **OF DROPPING PARTYT DEFENDANT** |
| 📄 | 04/25/2014 | | Final Disposition Document | Event | |
| 📄 | 04/24/2014 | | Notice Of Voluntary Dismissal Of Unknown Parties | Event | |
| 📄 | 04/17/2014 | | Witness List | Event | *Parties: U S Bank Trust N A* |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | | 04/10/2014 | | Witness List | Event | *Parties: U S Bank Trust N A* |
| 📄 | | 03/10/2014 | | Order Setting Non-Jury Trial Courtroom 3-1 | Event | **04/25/2014 09:00 AM** |
| 📄 | | 12/30/2013 | | Answer | Event | **ATTORNEY:88888888**<br>*Parties: Johnson Virginia P* |
| 📄 | | 12/18/2013 | | Service Return for Unknown Party | Event | |
| 📄 | | 12/18/2013 | | Service Return for Unknown Party | Event | |
| 📄 | | 12/18/2013 | | Service Returned | Event | **BADGE # 1219 P 12/11/2013**<br>*Parties: Johnson Virginia P* |
| 📄 | | 12/18/2013 | | Service Return for Unknown Party | Event | |
| 📄 | | 12/04/2013 | | Summons Issued | Event | *Parties: Johnson Virginia P* |
| 📄 | | 11/19/2013 | | Civil Cover | Event | |
| 📄 | | 11/19/2013 | | Notice: | Event | **EFILED** |
| 📄 | | 11/19/2013 | | Complaint | Event | |
| | | 11/19/2013 | | Filing Fee For Mortgage Foreclosure | Event | **$ 906.00** |
| | | 11/19/2013 | | E-Filing Number | Event | **EFILE NUMBER: 7534321** |
| 📄 | | 11/19/2013 | 28919:2173 | Lis Pendens | Event | **B: 28919 P: 2173** |

◀◀ Back to Search

**Please be advised:**

The Miami-Dade Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office. This website does not provide legal advice of any kind. If you require legal advice, please consult a qualified attorney of your choosing.

Service through the Clerk's electronic access is not the official record of the Clerk. In order to assure the accuracy of the data or information, the Clerk's Office should be consulted regarding the Official Court Record.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Online Case Home (default.aspx)
| Family Court Information (http://www.miami-dadeclerk.com/families_court.asp)
| Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp)
| Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)
| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Home (http://www.miami-dadeclerk.com/home.asp)
| Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)
| Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)
| Contact Us (http://www.miami-dadeclerk.com/contact.asp)
| About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.



(http://www.miamidade.gov)



# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Exhibit E

Generated On : 5/12/2017

| Property Information | |
|---|---|
| Folio: | ▬▬▬▬▬▬ |
| Property Address: | 15945 NW 20 AVE<br>Miami Gardens, FL 33054-2031 |
| Owner | VIRGINIA P JOHNSON EST OF |
| Mailing Address | 15945 NW 20 AVE<br>OPA LOCKA, FL 33054-2031 |
| PA Primary Zone | 0100 SINGLE FAMILY - GENERAL |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths / Half | 4 / 2 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | Sq.Ft |
| Living Area | Sq.Ft |
| Adjusted Area | 1,626 Sq.Ft |
| Lot Size | 9,000 Sq.Ft |
| Year Built | 1951 |



| Assessment Information | | | |
|---|---|---|---|
| Year | 2016 | 2015 | 2014 |
| Land Value | $25,880 | $22,234 | $20,048 |
| Building Value | $101,700 | $94,431 | $85,908 |
| XF Value | $0 | $0 | $0 |
| Market Value | $127,580 | $116,665 | $105,956 |
| Assessed Value | $127,580 | $66,917 | $66,386 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2016 | 2015 | 2014 |
| Save Our Homes Cap | Assessment Reduction | | $49,748 | $39,570 |
| Homestead | Exemption | | $25,000 | $25,000 |
| Second Homestead | Exemption | | $0 | $0 |
| Senior Homestead | Exemption | | $41,917 | $41,386 |
| Long-Term Resident Senior | Exemption | | $0 | $0 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Taxable Value Information | | | |
|---|---|---|---|
| | 2016 | 2015 | 2014 |
| **County** | | | |
| Exemption Value | $0 | $66,917 | $66,386 |
| Taxable Value | $127,580 | $0 | $0 |
| **School Board** | | | |
| Exemption Value | $0 | $25,000 | $25,000 |
| Taxable Value | $127,580 | $41,917 | $41,386 |
| **City** | | | |
| Exemption Value | $0 | $66,917 | $66,386 |
| Taxable Value | $127,580 | $0 | $0 |
| **Regional** | | | |
| Exemption Value | $0 | $41,917 | $41,386 |
| Taxable Value | $127,580 | $25,000 | $25,000 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 04/01/2007 | $0 | 25606-2482 | Sales which are disqualified as a result of examination of the deed |
| 06/01/2000 | $0 | 19223-2683 | Sales which are disqualified as a result of examination of the deed |

| Short Legal Description |
|---|
| BUNCHE PARK PB 50-20 |
| LOT 22 BLK 26 |
| LOT SIZE SITE VALUE |
| OR 19223-2683 0600 5 |
| F/A/U 30-2115-003-6760 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser