**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Vonetta E Johnson   JOINT DEBTOR: _____   CASE NO.: 1715714 LMI
Last Four Digits of SS# 1112   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $675.00 for months _____ to 60 ;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $ _____
Balance Due $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Fay Servicing           Arrearage on Petition Date $_____
Address: PO box 809441     Arrears Payment  $_____/month (Months ____ to ____)
Chicago IL 60680           Regular Payment  $_____/month (Months ____ to ____)
Account No: 125240

2. ~~[redacted]~~         Arrearage on Petition Date $_____
Address: _____           Arrears Payment  $_____/month (Months ____ to ____)
                          Regular Payment  $_____/month (Months ____ to ____)
Account No: ~~[redacted]~~

3. _____                  Arrearage on Petition Date $_____
Address: _____           Arrears Payment  $_____/month (Months ____ to ____)
                          Regular Payment  $_____/month (Months ____ to ____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                    Payable  $_____/month (Months____ to ____) Regular Payment $_____
2. _____   Total Due $_____
                    Payable  $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Vonetta E Johnson_
Debtor
Date: 5/12/17

_____
Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)