June 6, 2017    JUN 26 2017    Case # 17-15714

To Whom it May Concern.

I Vonetta E Johnson is requesting that Chapter 13 Bankrupty case be dismissed off Credit I Was told I Can not file for property due to it not being under my name I am not owner and nothing Can be done. Because deeds Are under Someone esle name. Had I been told before I Filed I Wouldnt Have.

Vonetta Johnson
15945 NW 30th Ave
Miami Gardens Fl 33054
786-484-9135.

Vonetta E Johnson