**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Vonetta Erica Johnson                                    Case No.  17-15714-LMI
                                                                 Chapter 13
_____Debtor/

## NOTICE OF APPEARANCE

Please be advised that Jacqueline C. Ledón, Esq. of Legal Services of Greater Miami, Inc., hereby appears as counsel for bebtor, Vonetta Johnson. All future motions, notices, orders, correspondence and documents filed in the above-caption action should be sent to the undersigned counsel at the address indicated below.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

_____/s/_____
Jacqueline C. Ledón, Esquire
Florida Bar No.: 0022719
*Attorneys for Debtor*
4343 West Flagler Street, Suite 100
Miami, Florida 33134
Telephone/Facsimile: (305)438-2401
Primary Email: jledon@legalservicesmiami.org
Secondary Email: crodriguez@legalservicesmiami.org