**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Vonetta Erica Johnson                               Case No: 17-15714-LMI
                                                             Chapter 13

_____Debtor_____/

## NOTICE OF WITHDRAWING DOCUMENT

The Debtor gives Notice of Withdrawing her Notice of Voluntary Dismissal of Chapter 13 case which she filed, *pro se*, on June 26, 2017 [D.E. 35]. The Debtor is now represented by undersigned counsel [D.E. 39] and respectfully seeks to continue her bankruptcy case.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

/s/
Jacqueline C. Ledón, Esq.
Florida Bar No. 0022719
Attorney for Debtor
4343 W. Flagler Street, Suite 100
Miami, Florida  33134
Telephone/Facsimile: (305) 438-2401