CGFF1 (10/01/16)



**ORDERED in the Southern District of Florida on July 12, 2017**

*Laurel M Isicoff*
**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17−15714−LMI
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vonetta Erica Johnson
15945 NW 20th Ave
Miami Gardens, FL 33054

SSN: xxx−xx−1112

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

Pursuant to the Order Allowing Installment Payments entered on **5/5/2017**, the debtor was directed to pay the balance of the filing fee OR an installment fee of **$155.00** on or before **7/5/2017**. The debtor has failed to make this payment.

Accordingly, it is **ORDERED** that:

1. This case is dismissed with prejudice to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable), the trustee shall file a final report within 14 days of the date of this order.

4. In accordance with Local Rule 1002−1(B)(1)(b), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

5. The debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$155.00** for the balance of any statutory or court−ordered fees, including conversion fees, and U.S. Trustee's fees as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and, if a chapter 12 or 13 case, Local Rule 1017−2(F), unless otherwise ordered by the court. Payment must be made in cash, money order or cashier's or "official" check. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

The clerk shall serve a copy of this order on all parties of record.

# # #