```
                              United States Bankruptcy Court
                              Southern District of Florida
In re:                                                           Case No. 17-15714-LMI
Vonetta Erica Johnson                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: oriol-ben              Page 1 of 1                 Date Rcvd: Jul 12, 2017
                               Form ID: CGFF1               Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db            +Vonetta Erica Johnson,    15945 NW 20th Ave,    Miami Gardens, FL 33054-2031
cr            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
94033410      +Fay Servicing LLC,    440 S Lasalle St #2000,    Chicago IL 60605-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Jul 12 2017 23:38:00      Florida Department of Revenue,    POB 6668,
                Bankruptcy Division,    Tallhassee, FL  32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jul 12 2017 23:43:35      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,   Miami, FL 33130-1614
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              Ashley Prager Popowitz    on behalf of Creditor   Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2014-2 by Fay Servicing LLC, the
               servicing agent Ashley.popowitz@mccalla.com,   flbkecf@mccalla.com
              Jacqueline C Ledon    on behalf of Debtor Vonetta Erica Johnson jledon@legalservicesmiami.org,
               crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Nancy K. Neidich     e2c8f01@ch13herkert.com,   ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

CGFF1 (10/01/16)



ORDERED in the Southern District of Florida on July 12, 2017

*Laurel M Isicoff*
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17–15714–LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vonetta Erica Johnson
15945 NW 20th Ave
Miami Gardens, FL 33054

SSN: xxx–xx–1112

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

Pursuant to the Order Allowing Installment Payments entered on **5/5/2017**, the debtor was directed to pay the balance of the filing fee OR an installment fee of **$155.00** on or before **7/5/2017**. The debtor has failed to make this payment.

Accordingly, it is **ORDERED** that:

1. This case is dismissed with prejudice to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

*Page 1 of 2*

2. All pending motions are denied as moot.

3. (If applicable), the trustee shall file a final report within 14 days of the date of this order.

4. In accordance with Local Rule 1002−1(B)(1)(b), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

5. The debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$155.00** for the balance of any statutory or court−ordered fees, including conversion fees, and U.S. Trustee's fees as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and, if a chapter 12 or 13 case, Local Rule 1017−2(F), unless otherwise ordered by the court. Payment must be made in cash, money order or cashier's or "official" check. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 2 of 2*