

## ORDERED in the Southern District of Florida on August 2, 2017.

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              Case No.: 17-15714-LMI
                                                                                        Chapter 13
VONETTA ERICA JOHNSON,

    Debtor.
_____/

### ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE *NUNC PRO TUNC* TO MAY 5, 2017 WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 BY FAY SERVICING LLC, THE SERVICING AGENT

**THIS CASE** came before the Court on July 11, 2017 at 9:00 a.m. upon Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 by Fay Servicing LLC, the servicing agent Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure Nunc Pro Tunc to May 5, 2017 filed by (the "Secured Creditor")

(Doc. No.16), and the Court, having reviewed the Motion and the file, for the reasons stated on record, being otherwise duly advised in the premises, it is

ORDERED:

1. The Motion is denied without prejudice as to Secured Creditor's interest in the real property located at 15945 NW 20th Avenue, Opa Locka, Florida 33054 (the "Property"), legally described as:

> Lot 22, Block 26, BUNCHE PARK, according to the map or plat thereof as recorded in Plat Book 50, Page 20, Public Records of Miami-Dade County, Florida.

2. Secured Creditor must vacate the foreclosure sale. The action of vacating the sale is not a violation of the automatic stay.

###

**Submitted by:**
Ashley Prager Popowitz, Esq.
McCalla Raymer Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone:  (754) 2631065
Fax:  (754) 263-1065
Email: Ashley.popowitz@mcalla.com

Attorney Ashley Prager Popowitz is directed to serve copies of this order on all interested parties and to file a certificate of service as required under Local Rule 2002-1(F).

- Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov