UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

VONETTA ERICA JOHNSON,    Case No.: 17-15714-LMI
                          Chapter: 13

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. No. 44) was served on August 07, 2017 by U.S. Mail, First Class to Vonetta Erica Johnson, 15945 NW 20th Avenue, Miami Gardens, FL 33054; and those parties receiving CM/ECF service.

        McCalla Raymer Leibert Pierce, LLC

By:  /s/Ashley Prager Popowitz
    Ashley Prager Popowitz
    Florida Bar No. 72341
    Attorney for Creditor
    110 S.E. 6th Street, Suite 2400
    Ft. Lauderdale, FL 33301
    Phone: 754-263-1065
    Fax: 754-263-1065
    Email: Ashley.Popowitz@mccalla.com

Jacqueline C Ledon on behalf of Debtor Vonetta Erica Johnson
jledon@legalservicesmiami.org,
crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 by Fay Servicing LLC, the servicing agent
Ashley.popowitz@mccalla.com, flbkecf@mccalla.com