UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    Case No.: 17-15714-LMI
                                                                                          Chapter 13
VONETTA ERICA JOHNSON,

    Debtor
_____/

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING
## AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

I HEREBY CERTIFY that a true and correct copy of the Notice of Hearing (Doc. No. __49__) was served on __8/14/17__ by U.S. Mail, First Class to Vonetta Erica Johnson, 15945 NW 20th Ave, Miami Gardens, FL 33054; and those parties receiving CM/ECF service. I further certify that a hearing is required on the subject motion.

- Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

                                              MCCALLA RAYMER LEIBERT PIERCE, LLC

By:    */s/Ashley Prager Popowitz*
       Ashley Prager Popowitz
       Florida Bar No. 72341
       Attorney for Creditor
       110 S.E. 6th Street, Suite 2400
       Ft. Lauderdale, FL 33301
       Phone:  754.263.1065
       Fax:  754.263.1065
       Email:  ashley.popowitz@mccalla.com