**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov


In re:  Vonetta Erica Johnson                    Case No: 17-15714-LMI
                                                 Chapter 13

_____Debtor_____/


## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Undersigned counsel respectfully moves the Court for leave to withdraw as counsel for the Debtor, Vonetta E. Johnson, pursuant to Local Rule 2091-1, and in support thereof states:

1.      Undersigned counsel states that good cause exists to withdraw from representing the Debtor.

2.      Undersigned counsel is unable to communicate with the Debtor who is no longer responsive to calls, texts or letters.

3.      Notice has been served on the Debtor by mailing a copy of this Motion to her last known address.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2020-1(A).


                        Respectfully submitted,

                        LEGAL SERVICES OF GREATER MIAMI, INC.

                        By _____/s/_____

                        Jacqueline C. Ledon, Esq., Attorney for Debtor
                        4343 W. Flagler Street, Suite 100
                        Miami, FL 33134
                        Telephone/Facsimile: (305) 438-2401
                        Florida Bar No. 002719