UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami

In re:                                                                    Case No. 17-15714-LMI

    Vonetta Erica Johnson

                                                                                                                                  Chapter 7

        Debtor,
_____/

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>**

      COMES NOW Eduardo E. Dieppa III and files this Notice of Appearance on behalf of third party purchaser, Camilo Daguer, and requests that it be provided copies of all pleadings filed herein.

                                                          **DIEPPA LAW FIRM, P.A.**
                                                          2097 West 76 Street
                                                          Hialeah, FL 33130
                                                          Tel: 305-826-8266
                                                          Fax: 786-513-0687

      I hereby certify that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

      I hereby certify that on this 29th day of August, 2017, a copy of the foregoing was served upon all parties via CM/ECF and/or by U.S. Mail.

**VIA EMCEF**

Office of US Trustee
Jacqueline Calderin Ch. 7 Trustee

                                                    Email: edieppa@dieppalaw.com

                                                   By:     /s/ Eduardo E. Dieppa III
                                                            **EDUARDO E. DIEPPA III**
                                                            Florida Bar No. 832901