

ORDERED in the Southern District of Florida on October 26, 2017.

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Vonetta Erica Johnson                    CASE No.  17-15714-LMI

                                                 CHAPTER 13


                DEBTOR.
_____

### ORDER DENYING CREDITOR'S RENEWED MOTION FOR RELIEF FOM AUTOMATIC STAY

THIS CASE came on for hearing on October 3, 2017, on Wilmington Trust, N.A., not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2014-2 by Fay Servicing, LLC, the Servicing Agent's (the "Creditor") Renewed Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure *Nunc Pro Tunc* to May 5, 2017, and Validate Foreclosure Sale ("Renewed Motion for Stay Relief") [ECF # 48].  For the reasons stated on the record, it is ORDERED AND ADJUDGED that:

1.    The Creditor's Renewed Motion for Stay Relief is Denied.

2. The May 8, 2017, foreclosure sale in *U.S. Bank Trust, N.A. as Trustee for Volt 2012-NPL1 Asset Holding Trust v. Johnson*, Case No. 2013-36076-CA-01, which occurred in violation of the bankruptcy automatic stay, is void.

3. The Clerk for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is directed to immediately refund all funds paid by the third party purchaser Camilo A. Dager, courtesy of his counsel, Eduardo E. Dieppa III, Esquire, Dieppa Law Firm, P.A., 2097 West 76th Street, Hialeah, FL 33016, to the Clerk in connection with the above-referenced sale.

4. This Order is entered without prejudice to the state trial court determining whether the third party purchaser is entitled to any additional compensation, including any determination as to whether the Debtor or Clerk of Court is responsible for any such additional compensation.

Attorney Jacqueline C. Ledón, Esq., Legal Services of Greater Miami, Inc., is directed to mail a conformed copy of this Order to all interested parties listed below and to file a Certificate of Service with the clerk of the Bankruptcy Court.

Service List:
Ashley Popowitz, Esquire, Counsel for Creditor, Wilmington Trust, N.A., not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2014-2 by Fay Servicing, LLC

Eduardo E. Dieppa III, Esquire, Counsel for Third Party Purchaser, Camilo A. Dager